IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

MAR 2 3 2020

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| JEREMIAH HARTLE and KAREN HARTLE, husband and wife, individually and on behalf of their minor children,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSAMERICA INSURANCE COMPANY, TRI-CO INSURANCE, and TIME INSURANCE AGENCY,<br><br>Defendants. | CV 20-13-M-DLC<br><br>ORDER |

Before the Court is the parties' stipulation to dismiss this case with prejudice.

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party bearing its own costs and fees.

IT IS FURTHER ORDERED that the non-party motion to dismiss with prejudice (Doc. 6) and the Plaintiffs' motion to remand (Doc. 12) are DENIED AS MOOT.

DATED this 23rd day of March, 2020.

Dana L. Christensen
United States District Court